IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**vs.**   CASE NO. 3:99CR050-01(PG)

**LUIS ENRIQUE RIVERA-ANDRADE**

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR SOME DISPOSITION REGARDING FINE AND
EXPIRATION OF SUPERVISED RELEASE**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

**COMES NOW, JEFFREY SEMIDEY, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Luis Enrique Rivera-Andrade, who on December 13, 2000, was sentenced to a nine (9) month imprisonment term to be followed by a four (4) year supervised release term after his original supervision was revoked for using drugs. As a special conditions, the offender was ordered to participate of drug treatment, submit to urinalysis and to continue to pay the fine obligation as originally imposed. On March 7, 2003, a motion requesting the issuance of a warrant was filed since the offender had relapsed to the use of drugs, failed to notify change of residence and failed to report to treatment. However, Mr. Rivera was allowed to continue on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender still owes $435.00 towards his fine and has not been able to make payments since he has a precarious financial condition. Additionally, Mr. Rivera is currently

2

unemployed. It will be impossible for him to satisfy his financial obligation before the expiration of his supervised release term which is due to expire on May 16, 2005.

**WHEREFORE**, I declare under penalty and perjury that the foregoing is true and correct. In lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court vacate the offender's financial obligation and allow the supervised release to expire as scheduled.

In San Juan, Puerto Rico, this 13th day of May 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Jeffrey Semidey
Jeffrey Semidey
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-771-3631
Fax 787-766-5596
E-mail:jeffrey_semidey@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 13th, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ernesto López, Assistant U.S. Attorney, and Joseph Laws, Federal Public Defender.

In San Juan, Puerto Rico, this 13th day of May 2005.

                                            s/Jeffrey Semidey
                                            Jeffrey Semidey
                                            U.S. Probation Officer
                                            Federal Office Bldg. Room 400
                                            150 Chardon Avenue
                                            San Juan, P.R. 00918-1741
                                            Tel. 787-771-3631
                                            Fax 787-766-5596
                                            E-mail:jeffrey_semidey@prp.uscourts.gov